UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------x

PIERRE M. KAMTCHI,

Plaintiff,

-against-

PETER BARTA,

Defendant.

-----------------------------------x

**MEMORANDUM & ORDER**
26-CV-2703 (EK)(LKE)

ERIC KOMITEE, United States District Judge:

Pierre Kamtchi filed this Section 1983 action in May. Representing himself, he moves to proceed *in forma pauperis*. ECF No. 2. For the reasons set forth below, his motion to proceed *in forma pauperis* is denied without prejudice.

A plaintiff seeking to proceed *in forma pauperis* must submit an affidavit stating that he is "unable to pay" filing fees or to "give security therefor." 28 U.S.C. § 1915(a)(1). The affidavit must include "a statement of all assets" the person possesses. *Id.* "Because no one can live on no income and no assets," affidavits asserting that the plaintiff has no income and no assets *without further explanation* "must be incomplete and, by extension, fail to support *in forma pauperis* status." *Amanda M. v. Kijakazi*, No. 22-CV-353, 2022 WL 1395941, at *1 (D. Conn. Apr. 29, 2022) (Farrish, M.J.); *see also Pierre v. City of Rochester*, No. 16-CV-6428, 2018 WL 10072449, at *1

(W.D.N.Y. Dec. 13, 2018) (denying an *IFP* motion because the plaintiff claimed he had no assets or income but "offer[ed] no explanation for how he survives day-to-day or how his monthly expenses are paid").[1]

Here, Kamtchi indicates that he has no income, no assets and no monthly expenses. ECF No. 2, at 1-2. Because his *IFP* affidavit fails to "fully and candidly explain[ ] how [he] supports" himself, *in forma pauperis* status is inappropriate. *Robert B. v. Kijakazi*, No. 22-CV-1046, 2022 WL 4112082, *2 (D. Conn. Aug. 29, 2022) (Garcia, M.J.); *see also* Order 1, *Richards v. Williams*, No. 23-CV-2355 (Mar. 29, 2023 S.D.N.Y.), Dkt. No. 4 ("Because Plaintiff fails to fully answer the questions about his financial status, the Court does not have sufficient information concerning his ability to pay the filing fees.").[2]

Should plaintiff wish to proceed with this action, he must either (1) pay the requisite filing fee to the Clerk of Court, or (2) submit a sufficient long-form *in forma pauperis* application. If he fails to take either step within fourteen

---

[1] Unless otherwise noted, when quoting judicial decisions this order accepts all alterations and omits all citations, footnotes, and internal quotation marks.

[2] The Court granted Kamtchi's *IFP* applications in two earlier-filed cases: *Kamtchi v. A&E Real Estate Holdings LLC*, No. 26-CV-810 and *Kamtchi v. City of New York*, No. 26-CV-492. In those cases, both of which were filed in March, Kamtchi explained that he had no assets because he had just been released from jail. This case, filed two months later, provides no such detail, nor any information about how Kamtchi has supported himself in the months since his release.

days, this action will be dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore denies in forma pauperis status for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is respectfully directed to mail a copy of this order to plaintiff and to note the mailing on the docket.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: September 29, 2026
Brooklyn, New York